LEON V. O'REILLY, Respondent, *v.* PENNSYLVANIA TEXTILE MILLS, INC., Appellant.

(Submitted March 19, 1929; decided April 16, 1929.)

*A. S. Cutler* and *I. Arnold Himber* for appellant.

*Thomas A. McKennell, Alfred H. Appell* and *Emanuel Lauterbach* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.